[No. 31039-9-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF CLAY
MORRIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-02514-7, Arthur E. Piehler, J., entered July
2, 1992. *Affirmed* by unpublished opinion per Scholfield, J.,
concurred in by Webster, C.J., and Agid, J.

[No. 32502-7-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TRI THANH
NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-06196-3, Anthony P. Wartnik, J., entered
February 26, 1993. *Reversed* by unpublished opinion per
Kennedy, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 31174-3-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
BASKERVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00905-2, Michael J. Fox, J., entered July
20, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30905-6-I.   Division One.   August 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. UNDRA
HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03963-8, LeRoy McCullough, J., entered
June 13, 1992. *Dismissed* by unpublished per curiam opin-
ion.